[No. 35231-8-I. Division One. December 11, 1995.]

NANCY M. TEW, *Guardian, Appellant,* v. HIGHLINE SCHOOL DISTRICT NO. 401, ET AL., *Respondents.*

Appeal from a judgment of the Superior Court for King County, No. 93-2-02040-6, Sharon S. Armstrong, J., entered August 9, 1994 and August 19, 1995. *Affirmed* by unpublished opinion per Agid, J., concurred in by Becker and Cox, JJ.

[No. 35613-5-I. Division One. December 11, 1995.]

*In the Matter of the Marriage of* EUN OK SOPER, *Respondent, and* LESLIE R. SOPER, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 90-3-09095-1, Laura Inveen, J., entered October 25, 1994. *Affirmed* by unpublished opinion per Coleman, J., concurred in by Baker, C.J., and Agid, J.

[No. 35669-1-I. Division One. December 11, 1995.]

THE STATE OF WASHINGTON, *Respondent,* v. KAREAN MITCHELL, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 94-1-02068-1, Brian D. Gain, J., entered November 21, 1994. *Affirmed* by unpublished opinion per Webster, J., concurred in by Coleman and Cox, JJ.

[No. 35794-8-I. Division One. December 11, 1995.]

THE STATE OF WASHINGTON, *Respondent,* v. R.F., *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 94-8-05271-5, Marilyn R. Sellers, J., entered November 21, 1994. *Affirmed* by unpublished per curiam opinion.